No. 82–775. GREEN BAY PACKAGING INC. ET AL. v. TECHNICON MEDICAL INFORMATION SYSTEMS CORP. C. A.

7th Cir. Certiorari denied.